# Third District Court of Appeal

## State of Florida

Opinion filed May 27, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0085
Lower Tribunal No. F06-5240
_____

**Benito Santiago,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Benito Santiago, in proper person.

James Uthmeier, Attorney General, and Ivy R. Ginsberg, Senior Assistant Attorney General, for appellee.

Before MILLER, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.